## (December 19, 1963)

■ In the Matter of WILFRED V. REAPE, an Attorney.— Motion for reinstatement to the Bar denied, without prejudice to renewal after the expiration of one year from the date of the order herein. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.